UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAMIEN DESHAWN PUGH,

               Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C24-0055 RSM

**SCHEDULING ORDER**

The Court **ORDERS** the following briefing schedule:

| | |
|---|---|
| Plaintiff's Opening Brief, **limited to 18 pages or 6300 words whichever is less**, is due: | **April 18, 2024** |
| Defendant's Response Brief, **limited to 18 pages or 6300 words whichever is less**, is due: | **May 18, 2024, or within 30 days of the date the opening is filed, whichever is earlier.** |
| Plaintiff's Optional Reply Brief, **limited to 9 pages or 3150 words whichever is less**, is due: | **June 1, 2024, or within 14 days of the date the response is filed, whichever is earlier.** |

These dates and page limitations are firm and can be changed only by order of the Court, not by agreement of counsel or the parties.  Stipulations and motions to extend time or page limitations must be noted on the Court's calendar prior to the due date pursuant to the briefing

schedules established in LCR 10(g) and LCR 7, respectively.  The Court will consider the case on written submissions unless otherwise ordered.

## BRIEFING REQUIREMENTS

### Plaintiff's Opening Brief

(a)  On the first page of his brief, Plaintiff must list the errors he alleges the ALJ committed, followed by a clear statement of the relief he is requesting.  Plaintiff should avoid using general statements such as "the ALJ's decision is not supported by substantial evidence." Instead, Plaintiff should specifically state where in the ALJ's decision the errors were committed.  The Court will only consider or rule on the errors that are listed in this section of the opening brief.

(b)  Plaintiff shall present the relevant facts that support each specific error alleged on page one, and whenever possible, try to cite to the specific pages of the administrative record (Dkt. 11) and the relevant legal authority that support each argument and request for relief.

(d)  The Court is familiar with the standard of review and the five step sequential evaluation process.  The parties should thus avoid boilerplate discussions of these standards and should focus on applying relevant and controlling legal authority to the facts of this case.

### Defendant's Response Brief

(a)  Beginning on page one, Defendant shall indicate whether each error raised in the opening brief is disputed or undisputed.  Subsequent sections of the response brief must respond to each disputed assignment of error and request for relief, and must cite to the specific pages of the administrative record and relevant legal authority.

(b)  Defendant must file a response, whether or not Plaintiff files an opening brief.

///

SCHEDULING ORDER - 2

**Personal Data and Formatting**

All briefs must conform to the redaction rules regarding personal data set forth in LCR

5.2 and to the formatting requirements set forth in LCR 10.

**The Court may strike or return for correction briefs not conforming to this Order.**

The Clerk shall mail a copy of this Order to Plaintiff.

DATED this 19th day of March, 2024.

Ricardo S. Martinez
United States District Judge

SCHEDULING ORDER - 3